UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-227-DMG (PD)** | Date | February 1, 2026 |
| Title | *Jatin Jatin v. Mark Bowen, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION [2], VACATING HEARING, AND ORDERING RESPONDENTS TO HOLD BOND HEARING AND FILE STATUS REPORT**

Petitioner Jatin Jatin filed a Petition for Writ of Habeas Corpus [Doc. # 1] and a "Motion for Temporary Restraining Order" [Doc. # 2] on January 19, 2026, seeking a bond hearing or immediate release.  The basis for the Petition is Respondents' failure to give Jatin an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).  On January 20, 2026, the Court converted the Motion to a Motion for a Preliminary Injunction ("MPI") and issued an expedited briefing schedule.  A hearing on the MPI is set for February 3, 2026 at 1:00 p.m.  [Doc. # 5.]

Respondents oppose the MPI.  [Doc. # 7.]  The parties appear to agree, however, Jatin is part of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, No. ED CV 25-01873-SSS (BFM) (C.D. Cal. Dec. 18, 2025).  [Doc. # 8.]  In addition, the Court notes that its prior analysis in *Saldana Guzman v. Noem, et al.*, CV 25-9687-DMG (AGR) (Oct. 31, 2025), appears to apply with equal force to this analogous action.  Although Jatin seeks immediate release, in the Court's view, a bond hearing in which the immigration judge applies the proper legal standard is the appropriate remedy for the claim in the habeas petition.  *Accord Garcia v. Noem*, 803 F. Supp. 3d 1064, 1078 (S.D. Cal. 2025).  The security bond requirement of Federal Rule of Civil Procedure 65(c) is waived.  *See Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003).

Accordingly, the MPI is **GRANTED,** and the February 3, 2026 hearing is **VACATED**.  Within 10 days of this Order, Respondents must provide Jatin with a meaningful individualized bond hearing under section 1226(a) and consistent with this Order or, failing that, they must release Jatin.  Respondents shall file a status report regarding their compliance with this Order by February 16, 2026.  The status report shall also address whether the habeas petition is moot.

**IT IS SO ORDERED**.