JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JATIN JATIN,

Petitioner,

v.

MARK BOWEN, Acting Warden of the Adelanto Detention Center, et al.,

Respondents.

Case No. 5:26-cv-00227-PD

**JUDGMENT**

**A# 226-136-968**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is denied as to Count Two, and Counts One and Three are dismissed as moot.

The Clerk of the Court is directed to close this case.

DATED: August 19, 2026

Patricia Donahue
United States Magistrate Judge